UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | : | CIVIL ACTION NO. 3:CV-16-1020 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| Warden DAVID J. EBBERT, | : | |
| Respondent | : | |

## **ORDER**

**AND NOW, THIS 16th DAY OF NOVEMBER, 2017,** upon consideration of the above captioned action having been closed on August, 8, 2017, pursuant to Petitioner's August 8, 2017 motion to dismiss, **IT IS HEREBY ORDERED THAT** Petitioner's October 6, 2017 motion to dismiss (Doc. 15) is **DISMISSED** as moot.

　　　　　　　　　　　　　　　　　　　/s/ William J. Nealon
　　　　　　　　　　　　　　　　　　**United States District Judge**